DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: amanda.patanaphan@jacksonlewis.com

*Attorney for Defendant*
*Stratosphere Gaming, LLC dba The Strat*
*(erroneously named Golden Entertainment (NV), Inc.)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC L. JACKSON,<br><br>                Plaintiff,<br>  vs.<br><br>GOLDEN ENTERTAINMENT (NV), INC. d/b/a STRATOSPHERE TOP OF THE WORLD RESTAURANT; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>                Defendants. | Case No.: 2:25-cv-01397-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF ISAAC L. JACKSON TO FILE RESPONSE TO MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

      IT IS HEREBY STIPULATED by and between Plaintiff Isaac L. Jackson ("Plaintiff"), by and through his counsel, Kristina S. Holman at Holman Law Office, and Defendant Stratosphere Gaming, LLC d/b/a The Strat (erroneously named Golden Entertainment (NV), Inc.) ("Defendant"), by and through his counsel, the law firm of Jackson Lewis P.C., that Plaintiff shall have a nine (9) day extension up to and including **December 12, 2025**, in which to file his response to Defendant's Motion to Dismiss Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

      1.      Defendant was served with the Summons and Complaint (ECF Nos. 1 and 3) and

timely filed the subject Motion to Dismiss Plaintiff's Complaint.

2. The Motion to Dismiss was filed on November 19, 2025, making the response due on December 3, 2025.

3. On December 3, 2025, counsel for Plaintiff called Defendant's counsel to request an extension of time to file the response due to illness over the holiday, and the parties agreed to submit a stipulation to that effect immediately.

4. This is the first stipulation to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss.

5. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6. This Stipulation is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 3rd day of December, 2025.

| HOLMAN LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kristina S. Holman* <br> Kristina S. Holman, SBN No. 3742 <br> 8275 S. Eastern Ave., Suite 215 <br> Las Vegas, NV 89123 <br><br> *Attorney for Plaintiff* <br> *Isaac L. Jackson* | */s/ Amanda Patanaphan* <br> Deverie J. Christensen, Bar # 6596 <br> Amanda Patanaphan, Bar # 15080 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Stratosphere Gaming, LLC dba The Strat (erroneously named Golden Entertainment (NV), Inc.)* |

**ORDER**

DATED: 12/4/2025

IT IS SO ORDERED.

_____
United States District Judge

4923-3839-3214, v. 1

2